THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

James Anthony Durham, Appellant.

Appellate Case No. 2019-001959

———————

Appeal From Pickens County
Letitia H. Verdin, Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-052
Submitted January 1, 2022 – Filed February 9, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of Columbia,
for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.